STATE OF NEW JERSEY, EX REL. GEORGE H. SNYDER ET AL., APPELLANTS, v. STEPHEN T. ZABRISKIE ET AL., RESPONDENTS.

Submitted May 25, 1934—Decided September 27, 1934.

For the appellants, *Colie & Colie*.

For the respondents, *Thomas L. Zimmerman* and *William Harris*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, LLOYD, CASE, BODINE, DONGES, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 12.

*For reversal*—None.